858

No. 929. NEW YORK, NEW HAVEN & HARTFORD R. Co. *v.* PASCUCCI. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John M. Gibbons* for petitioner. *Mr. Clifford H. Byrnes* for respondent.

No. 930. BRIEF ENGLISH SYSTEMS, INC., *v.* OWEN ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edgar M. Kitchin* and *William St. John Tozer* for petitioner. *Mr. O. Ellery Edwards* for respondents.

No. 954. W. E. HEDGER Co., INC., *v.* F. S. ROYSTER GUANO Co. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace T. Atkins* for petitioner. *Messrs. Charles R. Hickox* and *Robert S. Erskine* for respondent.

No. 754. A. D. CUMMINS & Co. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. The motion to remand to the Court of Claims for further findings is also denied. *Mr. F. E. Scott* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

Nos. 918 and 919. PACIFIC NORTHWEST CANNING Co. *v.* SKOOKUM PACKERS' ASSN. June 1, 1931. Petition for writs of certiorari to the Court of Customs and Patent Appeals denied for want of jurisdiction. Section 240,